No. 00–152. LUJAN, LABOR COMMISSIONER OF CALIFORNIA, ET AL. *v.* G & G FIRE SPRINKLERS, INC. C. A. 9th Cir. [Certiorari granted *sub nom. Bradshaw* v. *G & G Fire Sprinklers, Inc.*, *ante*, p. 924.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 99–1884. LACKAWANNA COUNTY DISTRICT ATTORNEY ET AL. *v.* COSS. C. A. 3d Cir. [Certiorari granted, *ante*, p. 923.] Motion of Colorado for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 99–1977. SAUCIER *v.* KATZ ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 991.] Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 99–7791. ZADVYDAS *v.* DAVIS ET AL. C. A. 5th Cir. [Certiorari granted, *ante*, p. 923]; and

No. 00–38. HOLDER, ACTING ATTORNEY GENERAL, ET AL. *v.* KIM HO MA. C. A. 9th Cir. [Certiorari granted *sub nom. Reno* v. *Kim Ho Ma*, *ante*, p. 924.] Motion of respondent Kim Ho Ma and petitioner Kestutis Zadvydas for additional time for oral argument and for divided argument granted.

No. 00–6374. BECKER *v.* MONTGOMERY, ATTORNEY GENERAL OF OHIO, ET AL. C. A. 6th Cir. [Certiorari granted, *ante*, p. 1069 and 1110.] Motion for appointment of counsel granted, and it is ordered that Jeffrey S. Sutton, Esq., of Columbus, Ohio, be appointed to serve as counsel for petitioner in this case.

No. 00–7425. IN RE KING. C. A. 4th Cir. Petition for writ of common-law certiorari denied.

No. 00–7629. IN RE WILLIAMS;

No. 00–7648. IN RE ALMONTE-NUÑEZ; and

No. 00–7661. IN RE THOMAS. Petitions for writs of habeas corpus denied.

No. 00–7139. IN RE PEPPER;

No. 00–7150. IN RE JONES; and

No. 00–7471. IN RE BRODERICK. Petitions for writs of mandamus denied.

No. 00–7137. IN RE PAGE. Petition for writ of mandamus and/or prohibition denied.